FILED
CHARLOTTE, NC
OCT 21 2013
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13MJ292 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERECAI LYNCH ) | |

This matter having come before the Court on the Motion to Dismiss filed by the United States, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED,** and the Criminal Complaint (Document 1) and Arrest Warrant (Document 2) filed against Erecai Lynch on October 16, 2013 should be dismissed without prejudice.

Signed: October 21, 2013

_____
David C. Keesler
U.S. Magistrate Judge